USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL ISRAEL,

    Petitioner,

-against-

STATE OF NEW YORK,

    Respondent.

16-CV-8541 (ER) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

Respondent is directed to promptly file the following items, properly authenticated, on ECF:

1. Petitioner's Indictment (3443/2007);

2. Petitioner's CPLR 440.10 Motion as filed in the New York Supreme Court;

3. A complete transcript of the State Court pre-trial and trial proceedings, as previously produced to the Court on a CD. These documents must now be publicly filed on ECF.

Dated: New York, New York
January 23, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**