USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DANIEL ISRAEL,

                Petitioner,                16 **CIVIL** 8541 (ER)(BCM)

-against-                          **JUDGMENT**

STATE OF NEW YORK,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2020, the Court has reviewed Magistrate Judge Moses' R&R and finds no clear error. Magistrate Judge Moses' R&R is adopted in their entirety. Israel's petition is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          July 6, 2020

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                           **BY:**
                                                          **Deputy Clerk**